In re the ESTATE OF Bennie James WILLIAMS, II, Lisa Williams–Payton, Plaintiff.

Buckley & Mitchell, Appellant,

v.

Estate of Bennie James Williams, II, Respondent;

Alyce M. Williams, Martin J. Williams, and Clarence G. Williams, Defendants.

No. WD 60186.

Missouri Court of Appeals, Western District.

Submitted April 3, 2002.

Decided July 9, 2002.

Max E. Mitchell, Sedalia, MO, for Appellant.

Heywood H. Davis, Kansas City, MO, for Respondent.

Before PATRICIA BRECKENRIDGE, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Buckley & Mitchell, attorneys, appeal a judgment on their quantum meruit claim for attorney's fees. The judgment is affirmed. A formal opinion would lack jurisprudential value. Rule 84.16(b).